IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                              CASE NO. 1:92-cr-01040-MP-AK

LEROY ELLIS,

      Defendant.

_____/

## O R D E R

      This matter is before the Court on Doc. 86, Defendant's motion to continue the hearing on his alleged violation of supervised release, which is currently scheduled for Wednesday, January 14, 2009.  Defendant's attorney states that he needs more time to fully investigate an issue related to Defendant's conviction on state charges in another case.  He also states in the motion that he will be out of the country until January 19, 2009.  The Government is unopposed to the requested continuance.  Upon consideration, it is hereby

      **ORDERED AND ADJUDGED:**

1.      Defendant's unopposed motion to continue, Doc. 86, is GRANTED.

2.      The Clerk is directed to reset the hearing on Defendant's alleged violation of supervised release to Friday, January 23, 2009, at 11:00 a.m.

      **DONE AND ORDERED** this _13th_ day of January, 2009

         *s/Maurice M. Paul*
         Maurice M. Paul, Senior District Judge